# Exhibit A

# DEPARTMENT 56

## PERSONAL GUARANTY

Date: 8/7, 2002

TO: DEPARTMENT 56, INC.

I, __Beverly Donofrio__ (Name), residing at __8150 Lake Ridge Burr Ridge__ (Address), for and in consideration of your extending, at my request, credit to __Just Ducky LTD__ (Name of Company) (hereinafter referred to as the "Company"), of which __Beverly Donofrio__ (Name) is _____ (Title), hereby personally guarantees to you the payment at Department 56, Inc., One Village Place, 6436 City West Parkway, Eden Prairie, in the State of Minnesota, 55344 (or such other place as may be hereafter designated in writing by Department 56, Inc.) of any obligation of the Company and I hereby agree to bind ourselves to pay you on demand any sum which may become due to you by the Company whenever the Company shall fail to pay the same. It is understood that this guaranty shall be a continuing and irrevocable guaranty and indemnity for such indebtedness of the Company. I do hereby waive notice of default, non-payment and notice thereof, agree to pay all costs and expenses of collection including reasonable attorney fees, unless restricted or prohibited by law, and consent to any modification or renewal of the credit agreement hereby guaranteed.

The undersigned guarantor hereby agrees to waive any and all rights of subrogation against the creditor (primary obligor to Department 56 Inc.) in the event that the undersigned guarantor is required to pay any monies pursuant to this guarantee.

_____  _____ 8-8-02
(Beverly Donofrio)               (Witness-Notary)

Notary Stamp Required

OFFICIAL SEAL
CHARLENE CARTER
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXP. SEPT. 16, 2003

Department 56, Inc.  One Village Place  6436 City West Parkway  Eden Prairie, MN 55344
tel: 952.944.5600  fax: 952.943.0500  www.dept56.com

MAY. 8. 2003  WED 19:50  FAX 800 566 4558                DEPT FIFTY SIX        Aug 8 2002 14:56   NO.432   P.23/24
                                                                                                              P.03
                                                                                                              @002



# DEPARTMENT

## PERSONAL GUARANTY

Date: 8 Aug, 2002

TO:   DEPARTMENT 56, INC.

I __Darren Donofrio__
         (Name)                                         , residing at

__22642 Deerpath Cv Plainfield IL 60544__ for and in consideration of your
         (Address)

extending, at my request, credit to __Just Ducky LTD__
                                       (Name of Company)

(hereinafter referred to as the "Company"), of which __Darren Donofrio__
                                                           (Name)
is __VP__, hereby personally guarantees to you the payment
    (Title)
at Department 56, Inc., One Village Place, 6436 City West Parkway, Eden
Prairie, in the State of Minnesota, 55344 (or such other place as may be
hereafter designated in writing by Department 56, Inc.) of any obligation of the
Company and I hereby agree to bind ourselves to pay you on demand any sum
which may become due to you by the Company whenever the Company shall fail
to pay the same. It is understood that this guaranty shall be a continuing and
irrevocable guaranty and indemnity for such indebtedness of the Company. I do
hereby waive notice of default, non-payment and notice thereof, agree to pay all
costs and expenses of collection including reasonable attorney fees, unless
restricted or prohibited by law, and consent to any modification or renewal of the
credit agreement hereby guaranteed.

The undersigned guarantor hereby agrees to waive any and all rights of
subrogation against the creditor (primary obligor to Department 56 Inc.) in the
event that the undersigned guarantor is required to pay any monies pursuant to
this guarantee.

_____                    __Charlene Carter   8-8-02__
     (Darren Donofrio)                                  (Witness-Notary)

                                        Notary Stamp Required
                                        ┌─────────────────────────────┐
                                        │  OFFICIAL SEAL              │
                                        │  MARLENE CARTER             │
                                        │  NOTARY PUBLIC STATE OF ILLINOIS │
                                        │  MY COMMISSION EXP. SEPT. 16,2003 │
                                        └─────────────────────────────┘

Department 56, Inc.  One Village Place  6436 City West Parkway  Eden Prairie, MN  55344
tel: 952.944.5600   fax: 952.943.4500   www.dept56.com

# DEPARTMENT 

## PERSONAL GUARANTY

Date: _____, 2002

TO: DEPARTMENT 56, INC.

I, **Brandon Donofrio** (Name), residing at **23716 Tallgrass Dr Plainfield** (Address) for and in consideration of your extending, at my request, credit to **Just Ducky LTD** (Name of Company) (hereinafter referred to as the "Company"), of which **Brandon Donofrio** (Name) is **V.P. Sales** (Title), hereby personally guarantees to you the payment at Department 56, Inc., One Village Place, 6436 City West Parkway, Eden Prairie, in the State of Minnesota, 55344 (or such other place as may be hereafter designated in writing by Department 56, Inc.) of any obligation of the Company and I hereby agree to bind ourselves to pay you on demand any sum which may become due to you by the Company whenever the Company shall fail to pay the same. It is understood that this guaranty shall be a continuing and irrevocable guaranty and indemnity for such indebtedness of the Company. I do hereby waive notice of default, non-payment and notice thereof, agree to pay all costs and expenses of collection including reasonable attorney fees, unless restricted or prohibited by law, and consent to any modification or renewal of the credit agreement hereby guaranteed.

The undersigned guarantor hereby agrees to waive any and all rights of subrogation against the creditor (primary obligor to Department 56 Inc.) in the event that the undersigned guarantor is required to pay any monies pursuant to this guarantee.

_____ (Brandon Donofrio)   _____ 8-8-02 (Witness-Notary)

Notary Stamp [OFFICIAL SEAL CHARLENE CARTER NOTARY PUBLIC STATE OF ILLINOIS MY COMMISSION EXP. SEPT. 16, 2003]

Department 56, Inc. One Village Place 6436 City West Parkway Eden Prairie, MN 55344
tel: 252.944.5600 fax: 252.843.6500 www.dept56.com

# DEPARTMENT

## PERSONAL GUARANTY

Date: 8/5, 2002

TO: DEPARTMENT 56, INC.

I __Lori Donofrio__ (Name), residing at __23751 Pondview Plainfield__ (Address) for and in consideration of your extending, at my request, credit to __Just Ducky LTD__ (Name of Company) (hereinafter referred to as the "Company"), of which __Lori Donofrio__ (Name) is __VP__ (Title), hereby personally guarantees to you the payment at Department 56, Inc., One Village Place, 6436 City West Parkway, Eden Prairie, in the State of Minnesota, 55344 (or such other place as may be hereafter designated in writing by Department 56, Inc.) of any obligation of the Company and I hereby agree to bind ourselves to pay you on demand any sum which may become due to you by the Company whenever the Company shall fail to pay the same. It is understood that this guaranty shall be a continuing and irrevocable guaranty and indemnity for such indebtedness of the Company. I do hereby waive notice of default, non-payment and notice thereof, agree to pay all costs and expenses of collection including reasonable attorney fees, unless restricted or prohibited by law, and consent to any modification or renewal of the credit agreement hereby guaranteed.

The undersigned guarantor hereby agrees to waive any and all rights of subrogation against the creditor (primary obligor to Department 56 Inc.) in the event that the undersigned guarantor is required to pay any monies pursuant to this guarantee.

_(Lori Donofrio)_

_Charlene Carter 8-8-02_
(Witness-Notary)

Notary Stamp Required
OFFICIAL SEAL
CHARLENE CARTER
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXP. SEPT. 16, 2003

Department 56, Inc. One Village Place 6436 City West Parkway Eden Prairie, MN 55344
tel: 952.944.5600  fax: 952.943.4500  www.dept56.com