**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 14, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 294**

In the Matter of                                             Case Number:

Lenox Group, Inc. (f/k/a Department 56, Inc.), Plaintiff,
    v.
Just Ducky Ltd., Beverly Donofrio, Darren Donofrio,
Lori Donofrio, and Brandon Donofrio, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**JUDGE ZAGEL**
**MAGISTRATE JUDGE COX**

Lenox Group, Inc. (f/k/a Department 56, Inc.), Plaintiff

| NAME (Type or print) |
| --- |
| Andrew G. Klevorn |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ Andrew G. Klevorn |
| FIRM |
| Eimer Stahl Klevorn & Solberg, LLP |
| STREET ADDRESS |
| 224 South Michigan Avenue, Suite 1100 |
| CITY/STATE/ZIP |
| Chicago, Illinois  60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6194597 | 312-660-7600 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |
| --- | --- | --- |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]     APPOINTED COUNSEL [ ]