AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Lenox Group, Inc. (f/k/a Department 56, Inc.)

V.

Just Ducky Ltd, Beverly Donofrio, Darren Donofrio, Lori Donofrio and Brandon Donofrio.

08CV294
JUDGE ZAGEL
MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

Just Ducky, c/o Joel S. Polisky (it's registered agent), 191 N. Wacker Drive, Suite 1800 Chicago, Illinois 60606
Beverly Donofrio, 8150 Lake Ridge Drive, Burr Ridge, Illinois 60527-5975
Darren J. Donofrio, 22642 Deer Path Lane, Plainfield, Illinis 60544-2180
Lori W. Donofrio, 22606 Deer Path Lane, Plainfield, Illinois 60544-2180
Brandon M. Donofrio, 23716 Tall Grass Drive, Plainfield, Illinois 60544-9836

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew G. Klevorn
William S. Booth
Eimer Stahl Klevorn & Solberg LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

1/14/08
DATE

# Affidavit of Process Server

Xerox Group, Inc.    vs    Just Ducky, et al.    08CV294
**PLAINTIFF/PETITIONER**    **DEFENDANT/RESPONDENT**    **CASE #**

Karl Brown

Being duly sworn, on my oath, I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Beverly Donofrio__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ Summons and Complaint

by serving (NAME) __Her in Person__
at ☒ Home __8150 Lake Ridge Dr.__
☐ Business _____
☐ on (DATE) __1-16-08__ at (TIME) __9:35 pm__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) _____ DATE TIME , ( ) _____ DATE TIME ,
( ) __1-16-08 1:50 pm__ , ( ) _____ , ( ) _____
DATE TIME

**Description:**
☐ Male    ☒ White Skin    ☐ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'    ☐ Under 100 Lbs.
☒ Female    ☐ Black Skin    ☐ Brown Hair    ☐ Balding    ☐ 21-35 Yrs.    ☒ 5'0"-5'3"    ☐ 100-130 Lbs.
☐ Yellow Skin    ☒ Blond Hair    ☐ 36-50 Yrs.    ☐ 5'4"-5'8"    ☒ 131-160 Lbs.
☐ Brown Skin    ☐ Gray Hair    ☐ Mustache    ☒ 51-65 Yrs.    ☐ 5'9"-6'0"    ☐ 161-200 Lbs.
☒ Glasses    ☐ Red Skin    ☐ Red Hair    ☐ Beard    ☐ Over 65 Yrs.    ☐ Over 6'    ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

_Karl Brown_
SERVED BY
LASALLE PROCESS SERVERS

State of Illinois    County of Cook

Subscribed and sworn to before me, a notary public, this __21__ day of __January__, 20__08__

_____
NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

**NAPPS**
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
              Date                      *Signature of Server*

_____
*Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.