

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Lenox Group, Inc. (f/k/a Department 56, Inc.,)
    Plaintiff,
vs.
Beverly Donofrio; Darren Donofiro; Lori Donofrio; and Brandon Donofrio,
    Defendants

Case Number: 08 C 294

MAR 2 5 2008

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants

FILED
MAR 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Eric G. Zelazny | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ | |
| FIRM <br> Eric Zelazny & Associates, P.C. | |
| STREET ADDRESS <br> 116 N. Chicago St., Suite 302 | |
| CITY/STATE/ZIP <br> Joliet, IL  60432 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6226432 | TELEPHONE NUMBER <br> 815-774-9717 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐ | |