UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Lenox Group, Inc. (f/k/a Department 56, Inc.,) )<br>)<br>    Plaintiff,     )<br>)<br>v.     )<br>)<br>Just Ducky Ltd.; Beverly Donofrio; Darren )<br>Donofrio; Lori Donofrio; and Brandon Donofrio, )<br>)<br>    Defendants.     ) | No. 08 C 294<br><br>Hon James B. Zagel |

NOTICE OF MOTION

**To:**   Eric G. Zalazny
        Zalazny & Associates, P.C.
        116 N. Chicago Street, Ste. 302
        Joliet, Illinois 60432

**PLEASE TAKE NOTICE** that on April 17, 2008, at 10:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge James B. Zagel in courtroom 2503 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall present Lenox Group, Inc.'s Rule 12(f) Motion to Strike Defendants' Affirmative Defenses, Memorandum of Law in Support of same, and this Notice of Motion, copies of which are herewith served upon you.

Dated: April 10, 2008           Respectfully submitted,

                                LENOX GROUP, INC.
                                (f/k/a DEPARTMENT 56, INC.)

                                By:   /s/ William S. Booth
                                      One of Its Attorneys

                                Andrew G. Klevorn (aklevorn@eimerstahl.com)
                                William S. Booth (bbooth@eimerstahl.com)
                                Eimer Stahl Klevorn & Solberg LLP
                                224 S. Michigan Avenue, Suite 1100
                                Chicago, IL 60604
                                (312) 660-7600
                                (312) 692-1718 (Fax)

                                ATTORNEYS FOR LENOX GROUP, INC., (f/k/a
                                DEPARTMENT 56, INC.)

105729v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 10, 2008, I electronically transmitted the foregoing Notice of Filing and this Certificate of Service for Lenox Group, Inc.'s Rule 12(f) Motion to Strike Defendants' Affirmative Defenses and Memorandum of Law in Support of same to the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the parties below, and that I also served copies of Lenox Group, Inc.'s Rule 12(f) Motion to Strike Defendants' Affirmative Defenses, Memorandum of Law in Support of same, and this Notice of Motion on the parties below by depositing the same in the U.S. mail at 224 South Michigan Avenue, Chicago, Illinois by 5:00 p.m. on April 10, 2008, with proper postage prepaid, and that a copy of the same was also sent via facsimile to:

**Defendants' Counsel of Record**
Eric G. Zalazny
Zalazny & Associates, P.C.
116 N. Chicago Street, Suite 302
Joliet, Illinois 60432
(815) 774-9717
(815) 774-9720 (fax)

          /s/ *William S. Booth*
          William S. Booth