**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Lenox Group, Inc. (f/k/a Department 56, Inc.)

                                                  Plaintiff,

v.                                                                Case No.: 1:08−cv−00294
                                                               Honorable James B. Zagel

Just Ducky Ltd., et al.

                                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 7, 2008:

      MINUTE entry before Judge Honorable James B. Zagel:Motion to strike defendant's affirmative defenses [14] is granted. By agreement and stipulation of the parties, defendant's affirmative defenses are stricken.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.