# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Lenox Group, Inc. (f/k/a Department 56, Inc.,) ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 294 |
| v. ) | |
| ) | Hon. James B. Zagel |
| Just Ducky Ltd.; Beverly Donofrio; Darren ) | |
| Donofrio; Lori Donofrio; and Brandon Donofrio, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF LENOX GROUP, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Lenox Group, Inc. (f/k/a Department 56, Inc.) submits the following Corporate Disclosure Statement:

Lenox Group, Inc. (f/k/a Department 56, Inc.) has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Dated: May 30, 2008

Respectfully submitted,

LENOX GROUP, INC.
(f/k/a DEPARTMENT 56, INC.)

By: /s/ William S. Booth
      One of Its Attorneys

Andrew G. Klevorn (aklevorn@eimerstahl.com)
William S. Booth (bbooth@eimerstahl.com)
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
(312) 660-7600
(312) 692-1718 (Fax)

ATTORNEYS FOR LENOX GROUP, INC., (f/k/a DEPARTMENT 56, INC.)

## CERTIFICATE OF SERVICE

      I hereby certify that on May 30, 2008, I electronically transmitted the foregoing **Plaintiff Lenox Group, Inc.'s Corporate Disclosure Statement** to the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the parties below, and that I also served copies on the party below by depositing the same in the U.S. Mail at 224 South Michigan Avenue, Chicago, Illinois on May 30, 2008, with proper postage prepaid to:

**Defendants' Counsel of Record**
Eric G. Zalazny
Zalazny & Associates, P.C.
116 N. Chicago Street, Suite 302
Joliet, Illinois 60432
(815) 774-9717
(815) 774-9720 (fax)


/s/  *William S. Booth*